UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VICTORIA MALONE,   Case No. 19-CV-05503 (VB)

**NOTICE OF APPEARANCE**

                     Plaintiff,

- *against* -

TOWN OF CLARKSTOWN, TOWN OF
CLARKSTOWN HIGHWAY DEPARTMENT,
WAYNE BALLARD, FRANK DIZENZO,
ANDREW LAWRENCE, DAVID SALVO,
ROBERT KLEIN, TUCKER CONNINGTON,
and BRIAN LILLO, personally and in their
official capacities,

                     Defendants.
------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Defendant BRIAN LILLO hereby appears by his attorneys, LYONS McGOVERN, LLP, 399 Knollwood Road, Suite 216, White Plains, New York 10603, and demand that copies of all papers served herein be served upon such attorneys.

Dated:    White Plains, New York
            July 16, 2019

                                          LYONS MCGOVERN, LLP

                              By:    *s/ Kyle C. McGovern*
                                   Kyle C. McGovern
                                   (kmcgovern@lyons-mcgovern.com)
                                   399 Knollwood Road, Suite 216
                                   White Plains, NY 10603
                                   Phone: 914.631.1336
                                   *Attorneys for Defendant*
                                   *Brian Lillo*