UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x      19 Civ. 05503 (VB)
VICTORIA MALONE,

         Plaintiff,

 - against -

TOWN OF CLARKSTOWN, TOWN OF CLARKSTOWN
HIGHWAY DEPARTMENT, WAYNE BALLARD, in his
Personal and official capacity as Clarkstown Highway   STIPULATION
Superintendent, FRANK DIZENZO, in his personal and
official capacity as Clarkstown Highway Superintendent,  AND ORDER
ANDREW LAWRENCE, in his personal and official
capacity, DAVID SALVO, in his personal and official
capacity, ROBERT KLEIN, in his personal and official
capacity, TUCKER CONNINGTON, in his personal and
official capacity, and BRIAN LILLO in his personal and
official capacity,

         Defendants.
----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED between the attorneys for Plaintiff and the attorneys for Defendants that the time within which Defendants may serve and file a responsive pleading to the Complaint or otherwise move is hereby further extended to and including September 3, 2019.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile signatures are deemed as originals.

IT IS FURTHER STIPULATED AND AGREED that all attorneys listed herein are to receive all notices.

Dated: White Plains, New York
    August 12, 2019

Respectfully submitted,
LYONS McGOVERN, LLP

By: _____
Kyle McGovern (KM3373)
Lisa Fantino (LF8275)
Attorneys for Defendant Brian Lillo
399 Knollwood Road, Suite 216
White Plains, New York 10603
Tel: (914) 631-1336
Fax: (914) 631-1161
kmcgovern@lyons-mcgovern.com
lfantino@lyons-mcgovern.com

SO ORDERED:
_____ 8/13/2019
Hon. Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2019

William Patrick Harrington (WH     )
Justin Matthew Gardner (JG     )
Bleakley Platt & Schmidt, LLP
*Attorneys for Defendant Wayne Ballard*
One North Lexington Avenue
White Plains, NY 10601
PH  914 287-6104
Fax: 914 683-6956
Email: wpharrington@bpslaw.com
Email: jgardner@bpslaw.com

Lawrence Arthur Garvey (LG     )
Lawrence A. Garvey & Associates, P.C.
*Attorneys for Defendant Frank DiZenzo*
155 White Plains Road
Suite 207
Tarrytown, NY 10591
PH  914 524 9400
Fax: 914 524 0422
Email: LGarvey@laglawfirm.com

John M. Flannery  (JF     )
Eliza M. Scheibel  (ES     )
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Town of Clarkstown, Town Highway Dept., Andrew Lawrence, David Salvo, Robert Klein and Tucker Connington*
1133 Westchester Avenue
White Plains, NY 10604
PH  914.872.7303 (Direct)
PH  914.323.7000 (Main)
Fax  914.323.7001
John.Flannery@wilsonelser.com
eliza.scheibel@wilsonelser.com

Adam Lewis Pollock   (AP     )
Pollock Cohen LLP
*Attorneys for Plaintiff*
60 Broad Street, 24th Floor
New York, NY 10004
PH  212-337-5361
Email: Adam@PollockCohen.com

_____
William Patrick Harrington (WH  )
Justin Matthew Gardner (JG  )
Bleakley Platt & Schmidt, LLP
*Attorneys for Defendant Wayne Ballard*
One North Lexington Avenue
White Plains, NY 10601
PH 914 287-6104
Fax: 914 683-6956
Email: wpharrington@bpslaw.com
Email: jgardner@bpslaw.com

_____
Lawrence Arthur Garvey (LG 9/13 )
Lawrence A. Garvey & Associates, P.C.
*Attorneys for Defendant Frank DiZenzo*
~~155 White Plains Road~~ 50 Main Street
~~Suite 207~~ Suite 390
~~Tarrytown, NY 10591~~ White Plains, NY 10606
PH ~~914-524-9400~~ 914-946-2200
Fax: ~~914-524-0422~~ 914-946-1300
Email: LGarvey@laglawfirm.com

_____
John M. Flannery (JF  )
Eliza M. Scheibel (ES  )
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Town of Clarkstown, Town Highway Dept.,
Andrew Lawrence, David Salvo, Robert Klein and
Tucker Connington*
1133 Westchester Avenue
White Plains, NY 10604
PH 914.872.7303 (Direct)
PH 914.323.7000 (Main)
Fax 914.323.7001
John.Flannery@wilsonelser.com
eliza.scheibel@wilsonelser.com

_____
Adam Lewis Pollock (AP  )
Pollock Cohen LLP
*Attorneys for Plaintiff*
60 Broad Street, 24th Floor
New York, NY 10004
PH 212-337-5361
Email: Adam@PollockCohen.com

2

| | |
|---|---|
| William Patrick Harrington  (WH        ) <br> Justin Matthew Gardner  (JG       ) <br> Bleakley Platt & Schmidt, LLP <br> *Attorneys for Defendant Wayne Ballard* <br> One North Lexington Avenue <br> White Plains, NY 10601 <br> PH   914 287-6104 <br> Fax: 914 683-6956 <br> Email: wpharrington@bpslaw.com <br> Email: jgardner@bpslaw.com | Lawrence Arthur Garvey  (LG       ) <br> Lawrence A. Garvey & Associates, P.C. <br> *Attorneys for Defendant Frank DiZenzo* <br> 155 White Plains Road <br> Suite 207 <br> Tarrytown, NY 10591 <br> PH   914 524 9400 <br> Fax: 914 524 0422 <br> Email: LGarvey@laglawfirm.com |

John M. Flannery   (JF       )
Eliza M. Scheibel   (ES      )
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Town of Clarkstown, Town Highway Dept.,*
*Andrew Lawrence, David Salvo, Robert Klein and*
*Tucker Connington*
1133 Westchester Avenue
White Plains, NY 10604
PH   914.872.7303 (Direct)
PH   914.323.7000 (Main)
Fax  914.323.7001
John.Flannery@wilsonelser.com
eliza.scheibel@wilsonelser.com


/s/ Adam Pollock

Adam Lewis Pollock    (AP       )
Pollock Cohen LLP
*Attorneys for Plaintiff*
60 Broad Street, 24th Floor
New York, NY 10004
PH   212-337-5361
Email: Adam@PollockCohen.com

2