RECEIVED
SEP 20 2019
VI...
UNITED
SOUTHER... ...JUDGE
...W YORK

# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

USDC SDNY
DOCUMENT
ELECTRONICALLY ...
...
DE FILED: 9/20/19

September 20, 2019

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 620
White Plains, NY 10601

Re: *Malone v. Town of Clarkstown et al.*, No. 7:19-cv-05503 (VB)

Dear Judge Briccetti:

We represent Plaintiff Victoria Malone in connection with the above-captioned matter. Pursuant to Your Honor's Order dated September 4, 2019 (dkt. #61), by way of this letter, we are notifying the Court that we will file an amended complaint within 14 days.

Thank you for Your Honor's consideration in this matter.

Sincerely,

/s/ *Adam Pollock*

Adam Pollock

By 10/4/2019, plaintiff shall file an amended complaint.

SO ORDERED:

_____ 9/20/2019
Hon. Vincent L. Briccetti
United States District Judge