WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
Attorneys for Defendants, Town of Clarkstown,
Clarkstown Highway Department,
Andrew Lawrence, David Salvo,
Robert Klein, and Tucker Connington
1133 Westchester Avenue
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Attn:  John M. Flannery, Esq.
       Eliza M. Scheibel, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X   Docket No.: 19-CV-05503 (VB)
VICTORIA MALONE,

                              Plaintiff,

              -against-                         **NOTICE OF APPEARANCE**

THE TOWN OF CLARKSTOWN, TOWN OF
CLARKSTOWN HIGHWAY DEPARTMENT, WAYNE
BALLARD, in his personal and official capacity as
Clarkstown Highway Superintendent, FRANK DIZENZO,
in his personal and official capacity as Clarkstown Highway
Superintendent, ANDREW LAWRENCE, in his personal
and official capacity, DAVID SALVO, in his personal and
official capacity, ROBERT KLEIN, in his personal and
official capacity, TUCKER CONNINGTON, in his personal
and official capacity, and BRIAN LILLO, in his personal
and official capacity,

                              Defendants.
------------------------------------------------------------------- X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

       PLEASE TAKE NOTICE that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP has been retained and hereby appears in the above-captioned action as attorneys for defendants, TOWN OF CLARKSTOWN, TOWN OF CLARKSTOWN HIGHWAY DEPARTMENT, ANDREW LAWRENCE, DAVID SALVO, ROBERT KLEIN, and TUCKER CONNINGTON and demands that all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

7976274v.1

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
Attn: Lalit K. Loomba, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: lalit.loomba@wilsonelser.com

Dated: White Plains, New York
October 21, 2019

          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP
          Attorneys for Town of Clarkstown,
          Town of Clarkstown Highway Department
          Andrew Lawrence, David Salvo,
          Robert Klein, and Tucker Connington

          */s/ Lalit K. Loomba*
          Lalit K. Loomba

          1133 Westchester Avenue
          White Plains, New York 10604
          (914) 323-7000
          Our File No.: 12129.00297