UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
VICTORIA MALONE,
              Plaintiff,

v.

TOWN OF CLARKSTOWN; FRANK
DIZENZO, in his personal and official capacity
as Clarkstown Highway Superintendent; DAVID
SALVO, in his personal and official capacity;
ROBERT KLEIN, in his personal and official
capacity; TUCKER CONNINGTON, in his
personal and official capacity; and BRIAN
LILLO, in his personal and official capacity,
              Defendants.
---------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

19 CV 5503 (VB)

The Court having So Ordered a Stipulation and Protective Order on December 23, 2019, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in Section 6 of the Court's Electronic Case Filing Rules & Instructions, as well as the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records;

2. As soon as practicable, but in no event later than ten calendar days after having filed paper copies of the submitted materials, the submitting party shall electronically file with the Court, for its public file, a copy of the submitted materials with the Confidential Material redacted;

3. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: December 23, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge