AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Victoria Malone | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:19-cv-05503 (VB) |
| Town of Clarkstown, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Victoria Malone .

Date: April 22, 2020

/s/ Liana R. Vitale
*Attorney's signature*

Liana R. Vitale
*Printed name and bar number*

Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
*Address*

liana@pollockcohen.com
*E-mail address*

(212) 337-5361
*Telephone number*

*FAX number*