# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

---

July 14, 2020

**VIA ECF**

Hon. Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Bldg.
    and U.S. Courthouse
300 Quarropas St.
White Plains, NY  10601

    Re: *Malone v. Town of Clarkstown et al.*, No. 7:19-cv-05503 (VB) (PED)

Dear Judge Davison:

  We represent plaintiff Victoria Malone in the above-referenced action and write to request a brief adjournment of the status conference scheduled for this Thursday, July 16, at 11:30 a.m. to any day next week *except* Tuesday, July 21.

  There have been no previous requests for an adjournment of this conference.

  The reason for the adjournment is a personal scheduling conflict that arose yesterday. My colleague Liana Vitale, who appeared at the previous conference before Your Honor, is also unavailable this Thursday.

  I reached out yesterday, and again this morning, to the defendant Town's counsel, but have yet to hear back as to whether the Town consents to this adjournment.  Anyway, I understand that the Town may seek to raise certain deposition issues by letter motion, so moving the conference back a week would allow Your Honor to address them at that same time. I learned yesterday of

  Thank you for Your Honor's consideration of this matter.

            Sincerely,

            */s/ Adam Pollock*

            Adam Pollock