AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Victoria Malone | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:19-cv-05503-VB |
| Town of Clarkstown, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Klein

Date:   07/27/2020

*Attorney's signature*

Michael J. McDermott (MM-0074)
*Printed name and bar number*

293 Route 100
Suite 210
Somers, NY 10589

*Address*

Michael@AttorneyMcDermott.com
*E-mail address*

(914) 276-2747
*Telephone number*

*FAX number*