# McDERMOTT & McDERMOTT

Attorneys and Counselors at Law

Mill Pond Offices
293 Route 100
Suite 210
Somers, New York 10589

www.AttorneyMcDermott.com
_____
Tel: 914-276-2747
Mobile: 914-262-5922

**Michael J. McDermott,  Partner**
- **Michael@AttorneyMcDermott.com**

November 20, 2020

United States Magistrate Judge Paul E. Davison
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

     Re:    Malone v. the Town of Clarkstown, et al.
                 7:19-CV-05503-VB (S.D.N.Y.)

Dear Magistrate Judge Davison:

     This firm represents Defendant Robert Klein in the above action.

     As a follow up to my letter of November 19, 2020, I had an opportunity to confer with counsel regarding scheduling.

     Subject to the Court's approval, we agreed to produce Mr. Klein for his deposition via zoom on December 4, 2020 at 10 am. I anticipate reporting to the Court next week the status of Mr. Klein's hospitalization status.

                                        Respectfully,

                                        *s/ Michael J. McDermott*
                                        Michael J. McDermott

MJM:az
Cc:  All Counsel