

**Eliza M. Scheibel**
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

January 22, 2021

**By ECF**

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

**Re**: Victoria Malone v. Town of Clarkstown, et al.
Docket No. 19-cv-05503 (VB)
Our File No.:  12129.00297

Dear Judge Bricetti:

We represent the Town of Clarkstown, David Salvo, and Tucker Connington (the "Town Defendants") in the above-captioned matter.  We submit this letter pursuant to Magistrate Judge Davison's instruction to inform this Court of the change in the discovery deadlines in this matter and to request an adjournment of the conference scheduled for January 27, 2021.

On January 5, 2021, the parties appeared for a teleconference before Magistrate Judge Davison.  At that time, Judge Davison ordered the parties to submit a new discovery scheduling order by January 22, 2021 in light of the court order granting Defendants' motion for an IME.  A Revised Civil Case Discovery Plan and Scheduling Order was entered today.  DE #149.  Pursuant to the Revised Order, the Defendants' expert disclosures are due by February 12, 2021, and all discovery is to be concluded by March 5, 2021.  The parties are next scheduled to appear before Magistrate Judge Davison on February 2, 2021.

In light of these new deadlines, we respectfully request an adjournment of the January 27, 2021 conference scheduled in this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Eliza M. Scheibel

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

8626656v.1