# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

February 2, 2021

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 620
White Plains, NY  10601

    Re:    *Malone v. Town of Clarkstown et al.*, No. 7:19-cv-05503-VB

Dear Judge Briccetti:

    We represent plaintiff Victoria Malone in the above-referenced action.  We write to respectfully seek a new date for the case management conference, currently scheduled for March 10, 2021 at 3:00 p.m.  (ECF no. 151.)

    This is the first request for an adjournment.  The reason for the instant request is that this date and time conflict with a previously-scheduled substantive hearing in which I will be appearing in New York state court.  Counsel for the various Defendants consent to this request.  All parties are available, subject of course to the Court's availability, during the afternoons of March 9, 2021 and March 11, 2021.

    Thank you for Your Honor's consideration in this matter.

    Sincerely,

    /s/ *Adam Pollock*

    Adam Pollock