UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VICTORIA MALONE,

          Plaintiff,

v.

TOWN OF CLARKSTOWN; TOWN OF
CLARKSTOWN HIGHWAY DEPARTMENT;
FRANK DIZENZO, in his official and personal
capacity; DAVID SALVO, in his official and
personal capacity; ROBERT KLEIN, in his
official and personal capacity; TUCKER
CONNINGTON, in his official and personal
capacity; and BRIAN LILLO, in his official and
personal capacity,

          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 5503 (VB) (PED)

    As discussed at an on-the-record conference held today, attended by counsel for all parties, it is HEREBY ORDERED a status conference is scheduled for **May 21, 2021, at 2:30 p.m.,** to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

    Number:  (888) 363-4749 (toll-free) or (215) 446-3662

    Access Code:  1703567

    If any party intends to move for summary judgment, by May 7, 2021, that party shall file a letter-motion for a pre-motion conference in accordance with my Individual Practice Paragraph 2.B.ii. The opposing party's response to the pre-motion conference letter shall be filed by May 14, 2021.

Dated: March 11, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge