UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA MALONE,<br><br>    Plaintiff,<br><br>    - against -<br><br>TOWN OF CLARKSTOWN, WAYNE BALLARD, *in his personal and official capacity as Clarkstown Highway Superintendent*, FRANK DIZENZO, *in his personal and official capacity as Clarkstown Highway Superintendent*, ANDREW LAWRENCE, *in his personal and official capacity*, DAVID SALVO, *in his personal and official capacity*, ROBERT KLEIN, *in his personal and official capacity*,TUCKER CONNINGTON, *in his personal and official capacity*, and BRIAN LILLO, *in his personal and official capacity*,<br><br>    Defendants. | Case No.: 7:19-cv-05503-VB<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Steve Cohen hereby appears in the above-captioned action on behalf of the Plaintiff and demands that all papers in this action be served upon the undersigned at the address stated below.

Dated: May 10, 2021

                                        POLLOCK COHEN LLP

                                        By:   /s/ *Steve Cohen*
                                               Steve Cohen
                                        60 Broad St., 24th Fl.
                                        New York, NY  10004
                                        Tel.: (212) 337-5361
                                        Email: SCohen@PollockCohen.com

                                        *Counsel for Plaintiff Victoria Malone*

- 1 -