UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VICTORIA MALONE,
              Plaintiff,

v.

TOWN OF CLARKSTOWN; TOWN OF
CLARKSTOWN HIGHWAY DEPARTMENT;
FRANK DIZENZO, in his official and personal
capacity; DAVID SALVO, in his official and
personal capacity; ROBERT KLEIN, in his
official and personal capacity; TUCKER
CONNINGTON, in his official and personal
capacity; and BRIAN LILLO, in his official and
personal capacity,
              Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 5503 (VB) (PED)



      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1. The parties are directed to discuss in good faith whether any claims or defendants can be dismissed from the case in order to streamline the matter before it is scheduled for trial. They shall also discuss whether each of the contemplated motions for summary judgment will be filed.

      2. A status conference is scheduled for **July 9, 2021, at 11:00 a.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

    Number:  (888) 363-4749 (toll-free) or (215) 446-3662

    Access Code:  1703567

Dated: May 21, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge