**Fri. 11/29/13**

Wayne made crew changes today. Steve Peters now has Frankie D., T.J. Rickli, Mike Forenza, & Victoria Malone. Cliff Rickli lost Frank & T.J. and gained Jimmy Kelley. Fred Ebner was moved to Donny Werbeck's crew.

**Sat. 11/30/13**

Pete Balko's claw broke. The mechanics are not sure how long it will be down. Andy called Ralph to get the DEC backhoe.

**Mon. 12/2/13**

DEC backhoe is here with an operator to work with Balko crew. More crew changes made. Wayne is trying out the candidates off of the foreman's list. John Luther will be first up having a crew of Frankie D., TJ Rickli, Mike Forenza, Victoria Malone. He will be working in my area on Route 31. Steve Peters will now have Rob Sambevski, Chris Zampella, Rudy Ferrezza, & John Velez.

**Tues. 12/3/13**

I was 1 hour late today (1 hour sick used) TJ Rickli was not in today. John Luther had Joe Coughlin to replace him. Steve Peters was out also Rudy Ferrezza ran his crew today. Jeff Lawrence & I stopped out to see the crack sealer around 9am on Highview Ave. We also stopped back at 2pm to see them on Blauvelt Rd. Jeff L. & I then dropped 2 trees for Bob Hayes out on Culver Dr. Checked a tree at 75 Zukor Rd. I determined that the tree was an eminant danger. Brian Lillo meet Jeff L. & I at this location after lunch with the tree truck to drop the tree. Passed the county working on the sidewalk on Old Route 304 by Zukor Rd. Checked all the crews in my

TOWN004949

TRUCKS FOR THE SNOW SEASON TO GIVE US SOME SPARES.

TUES. 12/17
WAYNE TEXTED ME AT 11:30PM LAST NIGHT. HE WANTED TO KNOW IF WE PRE-LOADED TRUCK & PRE-TREATED ROADS I TOLD HIM YES. HE THEN ADVISED ME THAT HE WANTED TO BRING THE NEXT 2 EMERGENCY CREWS AT 4AM TO LOAD WHATEVER TRUCKS HAVE NOT BEEN LOADED & TO HAVE THEM RUNNING AT 7AM. BALKO & KLEIN'S CREW CAME IN. WE SENT EVERYONE OUT AT 7AM TO SALT THEIR ROUTES. WE ARE LOW ON SALT. WE HAD 10 TRUCKS BREAK DOWN. WAYNE HAD GROMACK & JOHN SULLIVAN IN THE SHOP. WAYNE WAS HOOTIN & HOLLERIN SAMBEVSKI WAS THE LAST ONE IN. HE WAS TAKING CARE OF CORPORATE PARK IN V.C. (BREGA). WE GOT 1 SALT DELIVERY OF 28 TONS. WE RECEIVED A SWEATSHIRT DELIVERY. IT SAT IN THE PARTS ROOM AND NOW SEVERAL SHIRTS ARE MISSING. WAYNE IS INVESTIGATING. WE WORKED UNTIL MIDNIGHT. BALKO, D'ETTORE, & WOLF STAYED TO PLOW OUR PARKING LOT.

WED. 12/18
CREWS ARE CLEANING BUS SHELTERS & SIDEWALKS ALL OTHER CREWS ARE ON LOOSE LEAVES. C. RICCLI WANTS TO KNOW WHERE HE CAN GET PLOW PARTS, PISTONS, & STEEL SINCE HE CAN NO LONGER GET THEM THROUGH THE SHOP. JEFF & TUCKER ARE STILL USING TORI'S BATHROOM. BALKO MOVED SNOW FROM IN FRONT OF A MAILBOX AT 7 CRICKET COURT.

THURS 12/19 "PAY DAY"
WE PUT 2 LEAFERS OUT. THEY ARE NOT WORKING WELL. DONNY WERBECK CAME IN & TOOK BACKHOE WITH OPEN

I PUT A PLATE AND A CONE OVER A HOLE NEXT TO A CATCH BASIN ON THE CORNER OF CRAGMERE & CRANFORD I ALSO RESET THE CURB BACK ON THIS UNIT. I GAVE AL CAMERECO THE ESTIMATE FOR REPLACEMENT LIGHTS ON THE NEW MACK TRUCKS. $250 IS DONE AT MID-HUDSON MACK. WE WILL BE SENDING 245 UP THERE TOMORROW. I SIGNED FOR SPARK PLUGS IN THE SHOP AL WAS UNDER A TRUCK & NO ONE ELSE WAS AROUND. JEFF DAVIDSON IS BRINGING IN THE DEC BACKHOE SO THE MECHANICS CAN WORK ON IT. I RECEIVED AN E-MAIL FROM OSHA IN REGARDS TO OUR CONFINED SPACE PROGRAM. I CALLED DELEONARDIS TO COME AND FIX THE EXHAUST FAN IN THE TRUCK GARAGE & CHANGE SOME BALLASTS.

3/26/15 - I HELPED STROM PUMPED OUT THE TANK ON 327 THIS MORNING. DELEONARDIS IS HERE TO REPAIR THE EXHAUST FAN & FIX THE LIGHTS IN THE BARN. I MET THE TREE CREW OUT ON SHERRY TODAY. I LEFT FOR AN HOUR TO TAKE JD TO THE DOCTOR. I CHECKED THE LEAF PILE @ #70 LAKEWOOD. THE LUNCHEON WAS TODAY NO REMINDER WAS GIVIN.

3/27/15 - NO BLACKTOP CREWS OUT TODAY IT IS RAINING THEY WASHED OUT TODAY. I CHECKED THE PLATE ON CAVALRY TODAY. ANDY GOT A CALL ON IT LAST NIGHT. THE CONDITION IS UNCHANGED. I WILL PUT HAYES GUY ON IT WHEN THEY FINISH THE CATCH. THEY ARE ON NOW. I WAS ABLE TO OPEN THE CULVERT UNDER HEMLOCK BY PUNCHING A HOLE IN THE TOP OF THE PIPE I ALSO SHOVELED ANOTHER CUP DITCH ON SOUTH MOUNTAIN. SOMEBODY BENT THE CAB SHIELD ON TRUCK 278 DURING THE LAST SNOW

TOWN004951

my Tahoe back. They replaced the brake module & Chevy had to reprogram it. They also changed the oil. Rory got a written warning about harassing Tori. Booth hit a car with the sign truck.

3/30/15 - Eddie & Jeff are back on Exec Blvd. The blacktop machine has a chunk stuck up in the front of the drum and can not be used. Andy called Charlie to give him a price to come down & clean it. It is O.O.S until then. The blower on the Jet-Vac is frozen solid & will not move. The mechanics do not feel comfortable working on it. 277 is done at Ruscon. C. Frank will get it tomorrow morning. Al called at 2:40, I shovel more rocks away from Hemlock Dr pipe.

3/31/15 - All the foreman & deputies are going to reasonable suspicion training this morning 8am at Brega Transport being taught by Partners in Safety. Tom Martens did not sign in, but stayed for the whole class. Rob Kaminski if this was considered training, when the instructor answered yes he got up & left. Wayne told Andy to document it. Eddie & Jeff are out on Exec. Blvd no blacktop again today I have C.B. that need it and the potholes are multiplying. The pump on the Jet-Vac is shot now also. It is going to MacDonald & MacDonald for suspension work then to Jet Vac. Dennis says it will be ready in 2 weeks. Trius has a used unit for $55,000 Andy passed that info on to Wayne. Kathleen Dizzine is starting Monday as Wayne's confidential secretary. She is very active in the Democratic Party w

TOWN004952

4-10-17 - I checked several work orders today. I spoke to resident at 12 Alan Ct. We repaved the drainage pipe in her side yard and the area has settled. We need to add more dirt into the area. Suzanne called about a hanger in a tree over the sidewalk between 84 & 88 Waters Edge. There was a hanger in the tree between 84 & 88, but no sidewalk. ~~I sp~~ FD2 also received a call from the Town Attorney about this hanger. The TA told FD2 the resident wanted the tree removed. ~~We cut~~ I spoke to the resident at 88 who said she did not want the tree removed. Nobody was home at 84. Blue's crew removed the hanger. Any other work on the tree will have to be done by O+R as the tree is behind the wires.

4-11-17 - Jim Hunt has unpaid tickets + has until 4-15 to straighten it out or his license will be suspended. Closed door meeting between Steve Peters & FD2 this morning. Passed Steve Peters at his dad's house at 9 AM.

4-12-17 - Another early morning meeting with Steve Peters who was late. The light guys were here again today.

4-13-17 - Another morning meeting with Steve Peters. The Bombadier went back to Trius today to have the leak in the roof fixed. I called Culhane to come look at the ice machine that is not working. D. Malone sent the Menzi Piston out and charged it to the plow shop. A.J. Falco + J. Davidson crews worked thru lunch to get the ~~black top~~ trench on Ridge Rd. blacktopped. The tree crew is still in Germonds. The bid opening for the pick-up + Dump truck will be on May 4 at 11:00 AM + 11:30 AM.

TOWN004953

still closed.

5/21 - Today I found out that R. Kaminski will be made a Hms II next tuesday. A guy who hasn't punched in before 7am in over 5 years. FJZ is making poor decisions for the future of this place. He is giving these guys positions to pad their retirements. I found out by Kaminski accidentally telling me not from FJZ or Tucker. D. Werbeck was not officially told either. These are same things Wayne did toward the end of his career. There is no communication here.

5/22 OFF

5/23 - Today the game plan is to promote Kaminski & then one of the 3 off of the Hms I list which will kill the list. When Steve Peters retires to promote D. Salvo (Kim's cousin in law) off of the open competive list. Salvo didn't fill the paper work out correctly was only able to the OC. When B. Schnepf did that his was told to bad & that he wouldn't be promoted. APWA show was today I saw vendors who I have dealt with for years that said they have to talk to FJZ or Tucker not me any more.

5/24 - Hoffman dropped off a Case Loader this morning. It's a nice machine, but not compatible with any of the attachments we already have. We would have to stock all new tires, filters, & parts for it. The Jet-vac is down. The crew overextended the boom & the mechanics can't get it back in. We have to buy a new piece.

5/25 - FJZ was in early this morning. He said Kaminski is coming in the office on Monday so Tucker can concentrate

TOWN004954

can't handle the responsibility. Heineman will take over the sign shop & he doesn't know who will fill the foreman's position. ② FDZ also stated Steve Peters last day 5/30 so we have 2 foreman's positions open. Discussion was had about Knutsen Werbeck, Tucker says its not fair if he gets it because he only has 6 years here. I did not offer my opinion, but with his outside experience he would be the best choice. Apparently there is a problem with Tori's bathroom/lockerroom. B. McDonald reached out to FDZ about guy's using it. FDZ asked D. Werbeck to talk to her and find what she wants. Frank tmus came to measure dump bodies today. I had no idea he was coming. I used to handle this one more thing FDZ has cut me out of. K.Kunz is going to Jetvac to pick up the tube today. Also FDZ said there is no way he can Salvo on the OC foreman's list. FDZ said Salvo called looking for another favor. MEO III was the first favor

is doing a basin for me at 27 Maple Rd. The tree
7) crew is doing a tree at 275 Old Mill. Phil Scala
house again no discussion with me. Phil & FD2 are
friends so It went from FD2 to Tucker to the tree crew.
because this is for FD2 friend. Funny how I get reported
to the ethics committee, but FD2 can do whatever he
wants without reprecussions. Also at last nights town
board the board went into executive session & brought
Al Maroni in with them. Looks like more patronage.
I cleaned my Town pick-up out today the inside and bed
were a mess. I also maintained my assigned chainsaw.
I found another catch basin with a hole brenner drive.

11-1-18- New Month same issues. The light in the lunch
room is still out & the power washers are still not working.
Tucker, P. Linderman, & C. Rickli want to do an inspection on
the new Mack trucks today. Nothing was said to me & I
was not asked to go. It is frustrating especially since
I wrote the spec. 3 guys PJ Kunz, D. Naemit, & Jumbo
have not signed for their incriment. Naemit called & texted
Tucker. Tucker never got back to him. PJ was told
keep his mouth shut if he wants his incriment. PJ
said it was a waste of money to put $50K into the 924
loader that isn't even worth $25K. PJ also voiced his
opinion about putting to much money into truck 291.
Tucker said he's not getting his incriment because
of his work performance and quality of work. I was
wrong about the old Mill tree it was not on Scala's property.
On August 28 Al Canadeo ordered from a vendor that
did not have a vendor #. He can't do that.

TOWN004956

1-15-19 - The town Attorney's recommendation is in for K. Kelly & Velez. The Attorney recomends a 30 day suspension. Susposedly FD2 is going with this recommendation. I forgot to write last week T. West was assigned route 30 for leaf pick up. Tucker switched him to route 29 so the leaves in front of Naemit's house would be picked up. Naemit happens to be the head of the conservative party. Route 30 was then assigned 2 crews to play catch-up. This is why we didn't finish leaves until mid-January. Tucker is incapable of running this place. 3 guys are out salting Ice conditions today. Cunningham is in my area salting. We received an updated workplace violence policy via e-mail from the Supervisor. Tucker violates it on a daily basis.

1/16/19 - Half way thru the month & the urinal is still not fixed, The light in the lunch room & Eletrical closet vestibule are still out, The heater in the garage is still broken, Now the Locker room heat doesn't work & the pressure washer's have not been fixed. All of these fall on Tucker who can't seem to get the job done. FD2 set up to do drainage on Tall Oaks La in Werbeck's area. When Tucker told Werbeck, Werbeck knew nothing about it & thought the problem had been fixed already. Knutsen is going to do the job with the mini-excavator. Salvo went out & pretreated after he washed out. Only roads that Tucker added to the pretreat list since the last time he sprayed. Golden & Naemit are not with their normal crews. Its been about a week both feel they are being targeted. I met FD2 at 43 North Conger Ave to discuss a drainage issue. The resident wants a catch basin in front of her house so she can tie into it. The problem is