① Keith B. → / - get Lillo back for follow-up
   picture / video.
   ask Q's  - compel to turnover.
Imp. to investigation.
          re-schedule. demand bring all
     material w/ him
additional evidence. want to explore it -
<mark>undermine her credibility.</mark>