From: **Dennis Malone** bam1315@aol.com
Subject: Dennis Malone Statement
Date: March 18, 2019 at 4:11 PM
To: Leitner, Curtis cleitner@maglaw.com



My name is Dennis Malone i am 65 years old . I have been repairing cars and trucks since I was 15 years old.My last title was Fleet Manager for the Town of Clarkstown. I occupied this position from 2012 until August 2018 when I retired. I was responsible for the maintenance and repair of over 450 cars and trucks owned by the Town. I am a NYSDMV 19A certified examiner Part of this title is to train drivers in pre trip inspections and behind the wheel road tests. I am also B.A.I.T.F.I.S.H. certified by the NYSDOT baitfish is short for Bus Accident Investigation For Identifying Safety Hazards. I recently viewed a picture of a full size International Dump Truck with one of its RR wheels missing and the other sitting angular on the Hub. When i zoomed in on the picture the answer for the wheel loss was simple. LOOSE WHEEL LUG NUTS Here is the explanation for my diagnosis. If you look closely at the wheel that is still on the truck in the picture you will see that the ten bolt holes are elongated or egg shaped and you can clearly see the large center hole of the rim is damaged from falling off the part of the hub that keeps the wheel centered. When the lugs get loose the wheel starts moving causing it to bang against the wheel studs this elongates the 10 bolt holes in the wheel eventually the wheel severs the studs and the outer wheel flies off causing the inner wheel to fall off its guide down onto the outer part of the hub Hence the damage to the large center hole of the rim. 99% of the time wheel failure of this type comes very soon after a service is done. The mechanic did not seat the wheels on the hub correctly or did not properly torque the lug nuts to 475 lbs in the correct sequence. Examining the service records to see who repaired the truck and the time factor between the service and the failure will give you a good idea weather it was a mechanics negligence or if it was tampered with. Any one with a breaker bar and a socket could loosen the lug nuts with ease.