1

2      50-h HEARING
       ------------------------------------------X
3      In the Matter of the Claim of

4      VICTORIA MALONE,

5                                    CLAIMANT,

6                  -against-

7      TOWN OF CLARKSTOWN, TOWN OF CLARKSTOWN
       HIGHWAY DEPARTMENT, WAYNE BALLARD, in
8      His personal and official capacity as
       Clarkstown Highway Superintendent,
9      FRANK DIZENZO, in his personal and
       official capacity as Clarkstown Highway
10     Superintendent, ANDREW LAWRENCE, in his
       personal and official capacity, DAVID
11     SALVO, in his personal and official
       capacity, ROBERT KLEIN, in his personal
12     and official capacity, TUCKER CONNINGTON,
       in his personal and official capacity, and
13     BRIAN LILLO, in his personal and official
       capacity,
14
                                    RESPONDENTS.
15     ------------------------------------------X

16                       DATE:  May 2, 2019

17                       TIME:  10:12 a.m.

18

19

20

21

22         (DEPOSITION of VICTORIA MALONE)

23

24

25

1

2                    DATE:   May 2, 2019

3                    TIME:   10:12 a.m.

4

5

6              50-h Hearing of VICTORIA

7    MALONE, the Claimant in the above-entitled

8    matter, pursuant to Statute, held at the

9    Law Offices of Wilson, Elser, Moskowitz,

10   Edelman & Dicker, LLP, 1133 Westchester

11   Avenue, White Plains, New York 10604,

12   before Julie Parisi, a Notary Public of the

13   State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1

2     A P P E A R A N C E S:

3

4     MORVILLO, ABRAMOWITZ, GRAND, IASON
      & ANELLO, PC
5       Attorneys for the Claimant
        565 Fifth Avenue
6       New York, New York 10017
        BY:  CATHERINE M. FOTI, ESQ.
7                 -and-
            CURTIS B. LEITNER, ESQ.
8

9
      WILSON, ELSER, MOSKOWITZ, EDELMAN
10     & DICKER, LLP
        Attorneys for the Respondents
11      1133 Westchester Avenue
        White Plains, New York 10604
12      BY:  JANINE MASTELLONE, ESQ.
        File #:  1212900297
13

14

15                *         *         *

16

17

18

19

20

21

22

23

24

25

V. MALONE

```
 1
 2   complaint to?
 3        A.    I gave a written complaint to
 4   Dominick Santulli.
 5        Q.    Who is Dominick Santulli?
 6        A.    He's a deputy.
 7        Q.    You don't recall when that was?
 8        A.    I don't recall an exact date,
 9   no.
10        Q.    Do you recall what the
11   substance of the complaint was?
12        A.    Yes.
13        Q.    What was the substance of the
14   complaint?
15        A.    Harassment.
16        Q.    Specifically what were you
17   complaining of?
18        A.    I was complaining about Tucker
19   Connington and Brian Lillo.
20        Q.    Anything else?
21        A.    I had written up a workplace
22   violence report.
23        Q.    When you tell me that you
24   submitted something in writing that was
25   what you filled out an incident report?
```

1                    V. MALONE

2          A.      Yes.

3          Q.      Where did you get that incident

4    report from?

5          A.      I don't recall.

6          Q.      Did you get it from a handbook?

7          A.      No.

8          Q.      Did you get it from something

9    online?

10         A.      No.

11         Q.      Did you get it from a person?

12         A.      I believe so, yes.

13         Q.      Who was that?

14         A.      It was a long time ago, I don't

15   remember.

16         Q.      Did you get it from Mr.

17   Santulli?

18         A.      No.

19         Q.      When you first complained to

20   Mr. Santulli was that in the form of a

21   written incident report or something else?

22         A.      No, it wasn't an incident

23   report.

24         Q.      When you first complained to

25   Mr. Santulli how did you complain?

1                    V. MALONE

2        Q.     Malone?

3        A.     Yes.

4        Q.     And your father?

5        A.     Dennis.

6        Q.     Anyone else?

7        A.     About everything?

8        Q.     Any of the events that you've

9    alleged in either Defendant's Exhibits A or

10   B?

11       A.     I've written complaints and

12   sent them to the Town Board, I've also

13   given it to Elaine Afelbaum.

14       Q.     The complaints that you're

15   telling me that you gave to the Town Board

16   were those the same documents that you gave

17   to Elaine or were they different documents?

18       A.     Elaine had those documents as

19   well but I had sent the complaints, I gave

20   them to the union and I gave them to the

21   Town Board.

22       Q.     How many written complaints did

23   you make to the Town Board?

24       A.     Well, to the Town Board I can

25   remember one right now.  I would have to

1                    V. MALONE

2    look at my notes.

3          Q.    One complaint?

4          A.    As far as I know right now.

5          Q.    Did you make the same complaint

6    to Elaine or was that something different?

7          A.    I believe I did.  I would have

8    to check my notes.

9          Q.    When did you make a written

10   complaint to the Town Board?

11         A.    I don't remember the exact

12   date.

13         Q.    What was the nature of the

14   complaint?

15         A.    Harassment.

16         Q.    By who?

17         A.    In that complaint I believe

18   Tucker Connington and I would have to look

19   through my notes to confirm what else I

20   wrote.

21         Q.    What were you complaining about

22   Tucker Connington in the complaint to the

23   Town Board?

24         A.    That he was harassing me.

25         Q.    Specifically what was he doing?

1              V. MALONE

2         A.    Making gross noises at me and

3    blocking the doorway.

4              MS. MASTELLONE:  Mark this as

5              Defendant's Exhibit C.

6              (Whereupon, the document was

7              marked as Defendant's Exhibit C for

8              identification as of this date by the

9              Reporter.)

10        Q.    Ms. Malone, I'm going to show

11   you what's been marked as Defendant's

12   Exhibit C and ask you to take a look at

13   that.  Do you recognize that?

14        A.    Yes, ma'am.

15        Q.    What is it?

16        A.    It's the letter that I wrote to

17   the Town Board.

18        Q.    On Defendant's Exhibit C is

19   there a date?

20        A.    September 12th, 2014.

21        Q.    So when you told me that you

22   had written a letter to the Town Board

23   complaining of Tucker Connington is

24   Defendant's Exhibit C a copy of the letter

25   that you wrote to the Town Board?

1                    V. MALONE

2          Q.    Okay.

3          A.    And the one that I'm referring

4    to is in the deputies' office and they

5    designated it a women's room but the men

6    still used it.

7          Q.    So earlier when you were

8    explaining a bathroom that had two lockers

9    in it, a sink and a toilet and a shower

10   which bathroom is that?

11         A.    The one that they designated

12   the women's room in the deputies' Office.

13         Q.    So when you were alleging that

14   men were using the bathroom which bathroom

15   were you alleging that they were using, the

16   women's room that was in the main office or

17   the bathroom that was in the deputies'

18   office?

19         A.    The bathroom that was in the

20   deputies' office.

21         Q.    When was it designated as a

22   women's room the one in the deputies'

23   office?

24         A.    2010.

25         Q.    Did it have a sign on it?

1              V. MALONE

2         A.    They put a sign on it.

3         Q.    What did the sign say?

4         A.    At first I believe it was only

5    a women in a skirt.

6         Q.    Did the sign change at some

7    point?

8         A.    Yes.

9         Q.    What did it change to?

10        A.    Women's.

11        Q.    Who changed the sign?

12        A.    Rob Kaminski.

13        Q.    When was the sign changed?

14        A.    I don't know exactly.

15        Q.    What men were using the women's

16   room or the designated room within the

17   deputies' office, who did that?

18        A.    Tucker Connington Jeff

19   Lawrence, Joe Profena.

20        Q.    Were there occasions --

21             MS. FOTI:  Were you done?

22             THE WITNESS:  No.

23        A.    Those were the only three that

24   I saw, I'm not sure about anybody else.

25        Q.    Were you ever in the ladies'

1                    V. MALONE

2           get into what she said before but I

3           think I understand what she's saying.

4           Q.      So did he give a reason why you

5    were precluded from using the bathroom in

6    the deputies' office?

7           A.      Say that again, I'm sorry.

8           Q.      Did he give you a reason why

9    you were precluded from using the bathroom

10   in the deputies' office?

11          A.      I don't know what precluded

12   means.

13          Q.      He told you you couldn't use

14   it, right?

15          A.      No.   He told me I couldn't use

16   the bathroom in the women's office.

17          Q.      Did he give a reason why you

18   couldn't use the bathroom in the women's

19   office?

20          A.      Because Wayne didn't want me

21   near his office.

22          Q.      Did he say why?

23          A.      He said that I was some sort of

24   spy.

25          Q.      Who said that you were a spy?

1          V. MALONE

2     close to the road they were on like Town

3     property.  So what they would do is collect

4     them and throw them in the corner in like

5     the dirt and after a certain period of time

6     you would have to sort through the signs,

7     count how many of each were there, what the

8     company name was, and then throw them out.

9     So that was one of my jobs.

10          Q.     Why did you complain about

11     having to do that?

12          A.     Because I was the only one who

13     was told to do it and it was disgusting

14     because there was mud all over the place,

15     there was dirt, there were bugs.

16          Q.     What time period was this?

17          A.     I don't know exactly.

18          Q.     Do you know the year?

19          A.     I can't recall.

20          Q.     You're telling me you

21     complained to Mr. Lawrence about having to

22     clean the floors in the office?

23          A.     Yes, ma'am.

24          Q.     Why did you complain about

25     that?

1          V. MALONE

2          A.    Because I didn't think that it

3    was fair and I didn't think that I should

4    have to do that when there's a cleaning

5    staff.

6          Q.    What time period did you make

7    that complaint?

8          A.    I don't remember exactly.

9          Q.    Was anyone else from the

10   Highway Department required to clean the

11   floors in the office?

12         A.    No.

13         Q.    Ever?

14         A.    Not to my knowledge.

15         Q.    You're telling me you

16   complained to Mr. Lawrence about poison

17   ivy?

18         A.    Yes.

19         Q.    What was the nature of that

20   complaint?

21         A.    I told them that I kept on

22   getting it and I didn't understand.  And he

23   said that there was a protocol for you're

24   supposed to peel the poison ivy off of the

25   tree before you cut into it because if you

V. MALONE

1    just cut into the vine then the oils spray

2    all over the place, but if you pull it off

3    then nothing sprays anywhere so I

4    complained about that.

5    Q.    You complained about the

6    protocol or you complained --

7    A.    I complained that they didn't

8    follow it and I was getting poison ivy all

9    the time.

10   Q.    Who wasn't following the

11   protocol?

12   A.    Well, the two people that

13   mainly cut trees are Brian Lillo and Chris

14   McDermott, but Dave Salvo also did.

15   There's another job I was assigned to as

16   well other than cleaning I was assigned to

17   being number one truck washer.  So I was

18   the only one that would wash everybody's

19   truck on a daily basis.  And I complained

20   about that because again I didn't think

21   that was fair and I asked them why he was

22   putting me on that job and he said because

23   -- first he said that because women are

24   good at cleaning, that's what women should

1           V. MALONE
2   be doing is cleaning.
3           Q.    Who said that?
4           A.    Andy Lawrence.
5           Q.    What time period did you make
6   that complaint?
7           A.    I don't remember, I can't give
8   you a specific date.  And also while I was
9   doing that job I was cleaning trucks and
10  Steve Peters had been in the area and Wayne
11  Ballard also walked into the same area at
12  that time and Steve Peters had basically
13  stuck up for me and said why do you have
14  her and only her washing the trucks, like
15  they were in a confrontation.  He said
16  because women are better at certain things
17  than men.
18          Q.    You don't remember when that
19  was?
20          A.    Not a specific time.
21          Q.    You mentioned Dominick Santulli
22  as a person that you made complaints to,
23  correct?
24          A.    Right.
25          Q.    What did you complain to Mr.

1                    V. MALONE

2          Q.     Beginning with you allege that

3     Mr. Dizenzo invited you to sit on his face,

4     correct?

5          A.     Yes.

6          Q.     When did that happen?

7          A.     It happened multiple times.

8          Q.     When?

9          A.     Both when he wasn't supervisor

10     and when he was supervisor.

11          Q.     What year?

12          A.     I don't remember an exact year,

13     an exact date.

14          Q.     Do you remember an approximate

15     year?

16          A.     No.

17          Q.     You said multiple times,

18     approximately how many times did it happen?

19          A.     A lot of years in between that,

20     it happened many times.

21          Q.     Tell me what would happen when

22     he would say it?

23          A.     He would say you need a place

24     to sit hold on, wipe his face, tilt his

25     head back and stick his tongue out.

1                    V. MALONE

2          Q.    When he would do it was anyone

3    else around besides you?

4          A.    Not that I recall at this time.

5          Q.    You don't recall whether any of

6    the other guys were present when he would

7    say that?

8          A.    I'm sure there were I just

9    can't --

10         Q.    You can't remember?  Do you

11   remember where any of these incidents

12   happened?

13         A.    Yes, one happened in his

14   office.

15         Q.    When did that happen?

16         A.    When he was supervisor.  I

17   don't remember an exact date.

18         Q.    When you were in his office and

19   he said that to you was anybody else

20   present for that incident?

21         A.    I don't believe so.

22         Q.    Where did the other incidents

23   happen?

24         A.    I can't pinpoint.

25         Q.    You don't know?

1                    V. MALONE

2          A.     I don't know, I'd have to think

3     more.

4          Q.     During the course of your

5     employment with the Town did Mr. Dizenzo do

6     anything else that you found harassing or

7     offensive?

8          A.     Yes.

9          Q.     What?

10         A.     When I was on my way to the

11    bathroom he would ask me if I need help and

12    he would cup his hand and like follow me to

13    the bathroom.

14         Q.     When did he do that?

15         A.     While he was in office.

16         Q.     Do you know the year?

17         A.     And when he wasn't in office.

18         Q.     What does that mean when he

19    wasn't in office?

20         A.     Both before and while he was in

21    office.

22         Q.     I don't understand what you

23    mean by that?

24         A.     I mean when he was working as

25    an MEO-2 and when he was supervisor.

1                    V. MALONE

2          Q.      Did you request that?

3          A.      Yes.

4          Q.      Who did you make that request

5     to?

6          A.      I wrote a letter to the union.

7          Q.      When?

8          A.      When they had assigned me that

9     bathroom, and they had assigned me an

10    electrical room, and it was disgusting.  It

11    was full of, like, rat feces, and they had

12    assigned me to change in there.  So, I had

13    written a letter of complaint to the union

14    stating that this is the bathroom they're

15    making me use.  I have to share it with the

16    men.  And this is the place that they gave

17    me to change.  So, they fixed it after a

18    period of time, but they had put a shower

19    in and two lockers.

20          Q.      Now, you mentioned that they

21    had told you to change in an electrical

22    room, correct?

23          A.      Yes.

24          Q.      When did that happen?

25          A.      That happened around the same

1                    V. MALONE

2          A.      I would lock the door, but they

3    would forget to lock the door.  So, I would

4    walk in on them taking a number two.

5          Q.      When did that happen?

6          A.      From 2010 until about -- I'm

7    trying to think of when one of the guys

8    retired, because I walked on him,

9    specifically, taking a poop in the

10   bathroom.

11         Q.      Who was that?

12         A.      Joe Profenna.

13         Q.      Joe Profenna?

14         A.      Yes.

15         Q.      And you remember walking in on

16   him the year that he was retiring; is that

17   what you're saying?

18         A.      The year before he was

19   retiring, I believe, yes.

20         Q.      Do you recall when that was?

21         A.      2017.

22         Q.      Okay.

23         A.      Maybe 2016, on or around there.

24         Q.      I don't want to interrupt you.

25   I'm sorry.

1                    V. MALONE

2          Q.      Why?  Why not?

3          A.      You see, I'm the only girl out

4     of a lot of men --

5          Q.      I understand.

6          A.      -- and it is really hard.  You

7     don't want to be black-balled.  I can't be

8     black-balled.  I need to work with these

9     people until I'm 55.  You complain about

10    somebody, you got to complain about

11    everybody.  And you can't -- no one's going

12    to stick up for you.  Nobody is going to

13    back you up.  You say something, and

14    everybody goes against you.  They're not

15    going to want to work with you, they're

16    going to say bad things about you, it's

17    going to be extremely uncomfortable to go

18    to work.  Don't complain.  And I was warned

19    not to complain.  I was warned not to say

20    anything by somebody who was higher in

21    office, because things would get much worse

22    for me.  The boss hated me.  So, there was

23    no --

24         Q.      Meaning, Ballard?  Ballard

25    hated you?

```
1                    V.  MALONE
2           A.     Yeah.
3           Q.     Okay.   And you were told by
4    Andy Lawrence not to complain, because he
5    told you things would get worse for you,
6    right?   That's what your testimony was on
7    Thursday?
8           A.     Yes.
9           Q.     Okay.   Did you ever ask for a
10   transfer to a different department?
11          A.     No, I struggled my entire life
12   with finding something that I'm good at.   I
13   went to school for a really long period of
14   time, and I couldn't -- I had trouble.   So,
15   I finally found something that I'm good at,
16   that I can wake and say, oh, I'm actually
17   good at this, like, I can't wait to go to
18   work, because I know that I can do my job
19   and I can do it well.   I'm an excellent
20   machine operator.   And I can't do what I'm
21   supposed to do because of all this that's
22   going on.
23          Q.     Okay.
24          A.     Every day is uncomfortable.   I
25   don't sleep.
```

```
 1              V. MALONE

 2        Q.      Were you ever warned by anyone

 3   at the town to stay away from

 4   Mr. O'Connell?

 5        A.      No.

 6        Q.      Did Mr. O'Connell ever tell you

 7   to stay away from him?

 8        A.      No.

 9        Q.      Did you ever tell Mr. O'Connell

10   to say away from you?

11        A.      Yes.

12        Q.      When?

13        A.      When he tried to hit me in the

14   parking lot.

15        Q.      Now, you indicated that on

16   March 27th of 2015 you had a meeting with

17   Mr. Lawrence; is that right?

18        A.      Yes.

19        Q.      And who was present for that

20   meeting?

21        A.      Me, Andy Lawrence, Steve

22   Peters, and Rory O'Connell.

23        Q.      And what was your understanding

24   of why the meeting was being held?

25        A.      To stop the harassment.
```

```
 1                    V.  MALONE
 2     that?
 3            A.      It was better than nothing
 4     happening.
 5            Q.      At the time that you met with
 6     Mr.  Lawrence on March 27th of 2015, and
 7     Mr.  Peters and Mr.  O'Connell, had you
 8     already completed the incident report
 9     that's been marked as Defendant's Exhibit
10     D?
11            A.      Can you repeat that question?
12     I'm sorry.
13                    MS.  MASTELLONE:  Read back,
14            please.
15                    (Whereupon, the referred-to
16            question was read back by the
17            Reporter.)
18            A.      I believe this was written
19     after.
20            Q.      Why?  Why do you believe that?
21            A.      Because it says he continued to
22     harass me after the meeting.
23            Q.      When was this incident report
24     completed?  Exhibit D.
25            A.      I don't know.
```

```
 1                    V. MALONE
 2          Q.     Okay.  So, it's your belief
 3     that it was completed sometime after March
 4     27th of 2015?
 5          A.     Yes.
 6          Q.     And the basis of that is
 7     because there were incidents occurring with
 8     Mr. O'Connell that happened after
 9     March 27th of 2015?
10          A.     Yes.
11          Q.     What happened after March 27th
12     of 2015 with Mr. O'Connell?
13          A.     The same things that he was
14     doing before.  It was no different.  So,
15     the letter that was put into his file
16     obviously didn't work so well, because I
17     was still getting harassed in the parking
18     lot.
19          Q.     After March 27th of 2015, did
20     he push you?
21          A.     No, the pushing only happened
22     once.
23          Q.     After March 27th of 2015, did
24     he try to shut your hand in a door?
25          A.     Yes.
```

```
 1                    V.  MALONE
 2    you took yourself, right?
 3         A.    It's not a photograph.
 4         Q.    That you took yourself?
 5         A.    No.
 6        `Q.`    And you called it a GoGirl?
 7         A.    Yes.
 8         Q.    Why did you call it that?
 9         A.    Because that's the name of it.
10         Q.    How do you know that?
11         A.    Because it was given to me and
12    that's the name of it on the outside of the
13    container.
14         Q.    Who gave it to you?
15         A.    Frank DiZenzo.
16         Q.    When?
17         A.    2016.
18         Q.    He gave it to you in what
19    context, as a gift, at a party, something
20    else?
21         A.    As a gift.
22         Q.    What kind of gift?
23         A.    In a gift bag.
24         Q.    Was it a particular time of
25    year, was it at a party, something else?
```

```
 1                    V.  MALONE
 2          A.    It was just in the office.
 3          Q.    Was it at a holiday party?
 4          A.    No.
 5          Q.    Were holiday parties held in
 6   the office?
 7          A.    In the lunchroom.
 8          Q.    They were held in the office?
 9          A.    Yes.
10                MS.  FOTI:   Objection.   She said
11            the lunchroom.
12          Q.    The lunchroom is in the office,
13   correct?
14          A.    Well, it's outside.
15          Q.    So, you're saying Mr. DiZenzo
16   gave this to you as a gift in 2016?
17          A.    Yes.
18          Q.    Was anyone there when he gave
19   it to you?
20          A.    Yes.
21          Q.    Who was there?
22          A.    Deputies were there, Andy
23   Lawrence was there, Dominic Santulli.
24   That's all, specifically -- I know there
25   were more people there, but I remember them
```

1          V. MALONE

2      Q.    Okay.  Which happened

3  afterwards?

4      A.    The -- when he went into the

5  office.

6      Q.    Okay.  I'm confused.  The

7  incident with the gloves happened first?

8      A.    Yes.

9      Q.    And then Mr. Salvo made a

10  complaint about you in terms of the manner

11  in which you were flagging at a job site?

12      A.    Correct.

13      Q.    Do you know what the time

14  period between those two incidents was?

15      A.    Not off the top of my head, no.

16      Q.    Was it year, months, days?

17      A.    It definitely wasn't years.  I

18  think it was - definitely it wasn't days.

19  I would go with months.  Weeks, months.

20  I'd have to look at my notes to give you an

21  exact...

22      Q.    Did you ever file a grievance

23  with regard to Mr. Salvo's behavior?

24      A.    I did file a grievance, yes.

25      Q.    What was the nature of the

1                    V. MALONE

2    grievance?

3         A.    That he had complained, and I

4    was taken out of my crew.   And they had

5    made overtime, and they got comp time on a

6    particular day.   And that's when I was

7    moved.   So, I filed a grievance stating

8    that I missed out on time, comp time, and

9    money.

10        Q.    Okay.   What was the result of

11   the grievance?

12        A.    There was no result.

13        Q.    Was it settled?

14        A.    No, that's still -- I'm waiting

15   for arbitration.

16        Q.    Who is Christopher McDermott?

17        A.    Christopher McDermott works in

18   the tree crew.

19        Q.    Just going back for one second

20   to Mr. Salvo.   As part of your grievance,

21   did you make any mention of Mr. Salvo

22   complaining about the manner in which you

23   were flagging at a particular job site?

24        A.    I'm sorry, can you repeat that

25   question?