**From:** Vincent Toomey <vtoomey@vtlawoffice.com>
**Sent:** Tuesday, July 10, 2018 4:33 PM
**To:** t.mascola@clarkstown.org; r.alberty@clarkstown.org; l.kahn@clarkstown.org; Fran Hunt <f.hunt@clarkstown.org>; j.coyle@clarkstown.org
**Subject:** Fwd: Victoria Malone

Please see below
I spoke to the Highway Superintendent about this today. Due to the chain saw incident I advised Frank that he should notify the CPD which he did. An officer responded to take a report. I spoke to him and we both questioned why this just came to light today. I will have that report soon and can evaluate whether this is a workplace violence incident, a harassment case or a criminal matter
In the meantime the combatants have been separated and are working on different crews pending the outcome of this investigation.
I will update as info becomes available over the next couple of days. Ms. Malone has a history of grievances and harassment complaints
Vince

Begin forwarded message:

**From:** Susanne Coleman <s.coleman@clarkstown.org>
**Date:** July 10, 2018 at 3:50:38 PM EDT
**To:** Vincent Toomey <vtoomey@vtlawoffice.com>
**Cc:** Frank DiZenzo <f.dizenzo@clarkstown.org>
**Subject: Victoria Malone**

Good afternoon, Vincent.

Please see the attached from Frank DiZenzo.

Sincerely,

*Susanne Coleman*
*Clarkstown Highway Department*

~!~

TOWN005228