March 1, 2019

**HAND DELIVERED**

Ms. Victoria Malone
135 West Nyack Road
Bldg. 4, Unit 48
Nanuet, New York 10954

Dear Ms. Malone,

This is to advise you that effective Monday, March 4, 2019, you will be transferred from the Town Highway Department to the Department of Engineering and Facilities Management. This transfer is temporary while the Clarkstown Police Department investigates your allegations of two incidents in which you believe your physical safety has been placed at risk. Please report to Dennis Letson, Director of Engineering and Facilities Management, Monday March 4, 2019 at 10 Maple Avenue, New City, NY, Room 102 at 8:00AM for your assignment to the Town Garage where you will be under the general supervision of Sean Washington.

Very truly yours,

Frank DiZenzo
Highway Superintendent
Town of Clarkstown

cc: Dennis Letson, Director of Department of Engineering and Facilities Management
Vincent Toomey, Labor Counsel, Town of Clarkstown
Francis Hunt, Personnel Administrator