# Town of Clarkstown

## Workplace Violence Incident Report

RECEIVED
JAN 07 2016
TOWN OF CLARKSTOWN
HIGHWAY DEPT.

Today's Date **1-7-16**        **11-25-14**

Date and Time of Incident **3-27-15  3-26-15**
**12-22-15**

Case Number _____ (Assigned by Safety Department)

Employee Name **Victoria Malone** Job Title **MEO 1**

Department & Workplace Location **Clarkstown Highway Department**
**12 Seeger Dr. Nanuet NY**

Witness Name, Job Title and Phone Number

**Andy Lawrence HMS III**

Witness Name, Job Title and Phone Number

**Steve Peters HMS I**

Witness Name, Job Title and Phone Number

**Jeff Lawrence    Const. Inspector II**
**Donny Werbeck HMS I**

Indicate (circle) the type of violence the employee experienced (Level I, II, or III):

### Level I

Intimidation, (Bullying), Verbal abuse, (Minimal harassment), (Shouting), (Swearing), Obscene gestures, (False statements)

### Level II

Psychological trauma, Suicide threat, Threat of assault, advanced harassment, shouted at directly, Swore at directly, Obscene calls, or messages, Being followed or stalked

23

MALONE_000168

Town of Clarkstown
Work Place Violence Prevention Plan

Level III

Shooting, Stabbing, Struck with an object, Sexual Assault, (Pushing), Grabbing, Punching, Slapping, Throwing objects, Homicide

| Assailant / Perpetrator | X | Name | Address | City | State | Phone |
|---|---|---|---|---|---|---|
| Member of Public | | | | | | |
| Employee's Spouse | | | | | | |
| Employee's Significant Other | | | | | | |
| Employee's Supervisor | | | | | | |
| Employee's Co-Worker | X | Rory O'Connell | 12 Seeger Dr. | Nanuet | NY | (845) 623-7500 |
| Former Employee | | | | | | |
| Other (Specify) | | | | | | |

Did Police respond to this incident: YES or (NO)

Was a Police report Filed: YES or (NO)

If YES what is the Police report Number _____

Were you Injured: Yes or (No)

If Yes, describe Injuries:
_____
_____
_____

Have you received medical treatment and or counseling since this incident: (YES) or NO.
Counseling

Did you have any reason to believe this incident might occur? YES or NO.

Detailed Incident Description:

On November 25, 2014 at approximately 7:02 AM Rory O'Connell tried to hit me in the parking lot prior to this he physically pushed me in the deputy office and repeatedly tried to close my fingers in doors. He spread rumors about me. He told Donald Werbeck I was obsessed with him and that I won't leave him alone. He was verbally warned by Andy Lawrence but continued to harass and bully me on 3-26-15 he once again blocked me in the parking lot preventing me from parking I was almost late for work. On 3-27-15 Andy Lawrence held a meeting in his office with me

24

MALONE_000169

Rory and Steve Peters. Rory admitted to pushing me, mom and a letter was put in his file to hopefully stop him from harassing me. On 12-22-15 once again he started harassing me in the parking lot.

Use additional pages if necessary He has been verbally warned, written up, and still continues. The last incident that happened I told him to leave me alone and he screamed "Shut your Fuching Mouth!!"

What was the employee doing just prior to the incident?
Driving into work or working.

Employee Name: Victoria Malone

Employee Signature: Victoria Malone

Department Head Name: Frank DiZenzo Sr

Department Head Signature: Frank DiZenzo Sr

# FOR INTERNAL SAFETY MANAGEMENT DEPARTMENT USE ONLY

Provide information on preventative actions that the Town has taken or is considering as a result of the incident to prevent against further like occurrences:

25.