

Local 1000, AFSCME, AFL-CIO

# Grievance Form

Name: MIKE FORENZA / TORI MALONE

Date of Hire: _____

10-digit CSEA ID #: _____

Home Address: _____

Home Phone #: _____

Department or Agency: TOWN OF CLARKSTOWN (HIGHWAY DEPT.)

Job Title: MOTOR EQUIPMENT OPERATOR I

Name of Supervisor: WAYNE BALLARD

## STEP 1

Contract Article violated or involved: ARTICLES XVII, XIV, XVI, XXVIII, XXIV, G

Date of occurrence: JAN. 28, 2013 — JUN. 2014

STATEMENT OF FACTS (include names, dates, what happened): On JAN. 28, 2013 A PROMOTIONAL POSTING WAS OFFERED BY THE SUPT. OF HWY. FOR THE FILLING OF NUMEROUS POSITIONS IN THE TITLE OF MOTOR EQUIPMENT OPERATOR II. IT HAS BEEN DISCOVERED THAT SEVERAL PROMOTED EMPLOYEES DID NOT MEET THE NECESSARY PROMOTIONAL REQUIREMENTS AS STATED IN THE JAN 28, 2013 POSTING (SEE RC/OP MOTOR EQUIPMENT OPERATOR II) (UNDER PROMOTION.)

THIS IS A CONTRACT VIOLATION UNDER THE ARTICLES STATED ABOVE.

Remedy sought: ALL ELIGIBLE EMPLOYEES WHO PASSED THE JAN. 28 2013 PROMOTIONAL POSTED WRITTEN AND PRACTICAL EXAM. THEY ARE TO BE MADE PERMANENT MOTOR EQUIPMENT OPERATOR II'S ON THE SAME DATE AS THE FIRST SELECTED EMPLOYEE ON THAT LIST.

Date submitted: 6/28/14

Grievant's Signature: [signatures]

# 1st STEP DECISION

Date: 7/1/14

Supervisor's Signature: _[signature]_

Rejected: ✓

Sustained: ___

DECISION (use additional sheets if necessary): Not within my purview

Date Decision received by Grievant: 7-1-14

Grievant's Signature: _[signatures]_

The above decision is satisfactory. No

I wish to appeal the above decision. (YES OR NO) Yes

## STEP 2

DETERMINATION ATTACHED NTS

Date Decision issued: ~~July 3, 2014~~    Reviewer's Signature: _____

The above decision is satisfactory. _____

I wish to appeal the decision. (YES or NO) _____

Date: _____    Grievant's Signature: _____

**RECEIVED**
**JUL 01 2014**
**TOWN OF CLARKSTOWN**
**HIGHWAY DEPT.**

## STEP 3

DETERMINATION ATTACHED which is Denied

Date Decision issued: July 3, 2014    Reviewer's Signature: Wayne D Ballard

The above decision is satisfactory. No

I wish to appeal the decision. (YES or NO) Yes

Date: 7/3/14    Grievant's Signature: _[signatures]_

COPIES TO:
1. Original to Employer
2. Employee
3. Unit President
4. Local President
5. Labor Relations Specialist

MALONE_000183

Date: July 3, 2014

To: Mike Forenza & Tori Malone

Determination: Denied

Third Stage Denial of Grievance Dated June 22, 2014.

For the following reasons set forth below the grievance is denied at the Third Stage. Fourth Stage arbitration is not available because the grievance is not cognizable under the grievance procedure of the collective bargaining agreement (the "CBA").

1) The grievants are barred from bringing this grievance because they have failed to file it within a reasonable period of time as required by Appendix "G" of the CBA.

2) The grievance is defective due to the failure to set forth sufficient facts to properly allege a violation of the CBA.

3) The grievance is not cognizable under the grievance procedure of the CBA because it is an excluded matter which is only reviewable in accordance with administrative review process established by the Rules of the Rockland County Civil Service Commission and, therefore, this grievance is fatally defective.

4) The grievance is defective due to the failure to utilize the proper review set forth in the Rockland County Civil Service Rules.

Wayne T. Ballard, P.E., C.S.P.
Superintendent of Highways

MALONE_000184