UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VICTORIA MALONE,
                 Plaintiff,    :

                                 :

v.                              :

                                 :

TOWN OF CLARKSTOWN, FRANK    :
DIZENZO, individually and as Clarkstown    :
Highway Superintendent, DAVID SALVO,    :
individually and in his official capacity, and    :
ROBERT KLEIN, individually and in his official    :
capacity,    :
                 Defendants.    :
-------------------------------------------------------------x

**ORDER**

19 CV 5503 (VB)

      As discussed at a conference held today and attended by counsel for plaintiff and counsel

for defendants[1] Town of Clarkstown, David Salvo, and Robert Klein, it is HEREBY ORDERED:

      1.      By **November 2, 2022**, following the parties' scheduled private mediation on

October 18, 2022, counsel for plaintiff shall submit a joint letter regarding the status of the

parties' settlement discussions.

      2.      The next case management conference will be held on **November 16, 2022, at

10:00 a.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

Dated:  September 1, 2022
       White Plains, NY

                               SO ORDERED:

                                 _____
                                 Vincent L. Briccetti
                                 United States District Judge

---

[1]      Prior to the conference, counsel for defendant Frank DiZenzo notified the Court that
Lawrence Garvey would be unable to attend due to emergency circumstances. (Doc. #192). The
Court excuses his absence.